IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00523-LTB-BNB

ERVIN LEE JONES,

Applicant,

v.

DONNIE MARTINEZ, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

Respondents.
_____

**ORDER**
_____

This matter is before me on the petitioner's **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [Doc. # 21] (the "2241 Application"). For the following reasons, the 2241 Application is DENIED WITHOUT PREJUDICE.

This case was initiated on March 7, 2007, when the petitioner filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. #3]. On May 21, 2007, the petitioner filed an amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. #9] (the "2254 Application"). The 2254 Application challenges the petitioner's 2004 conviction in the Denver District Court.

The petitioner's 2241 Application states the following:

> I'm asking to be release [sic] from custody so I can work on my civil case. I have been denied motion for transcripts and my discovery. I'm am [sic] being denied my right to due process of law. I don't get the time I need to go to the law library only 4 hour [sic] in a week, etc. [sic] I need to be able to gather evidence.

Id. at p. 5.

I construe the 2241 Application as a claim for denial of access to the courts. It is well-established that an action pursuant to 42 U.S.C. §1983 is the "proper remedy for a state prisoner who is making a constitutional challenge to the conditions of his prison life, but not to the fact or length of his custody." Preiser v. Rodriquez, 411 U.S. 475, 499 (1973). This action is brought as an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. If the petitioner wishes to assert a claim for denial of access to the courts in violation of his civil rights, he must do so in a separate prisoner civil rights action under section 1983.

IT IS ORDERED that the plaintiff's 2241 Application is DENIED WITHOUT PREJUDICE.

Dated July 30, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge